UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| DORA C. MILLER and WALTER MILLER, | ) ) ) |
| Plaintiff, | ) ) ) |
| V. | ) ) |
| CAPITAL ONE AUTO FINANCE, INC., | ) ) ) |
| Defendant. | ) |

Civil No. 3:17-cv-00054-GFVT

**ORDER**

\*\*\*  \*\*\*  \*\*\*  \*\*\*

The parties being in Agreement [R. 16] and the Court being sufficiently advised, it is hereby **ORDERED** that the claims of Plaintiff Dora C. Miller and Walter Miller, against Defendant Capital One Auto Finance, a Division of Capital One, N.A., shall be and hereby are **DISMISSED WITH PREJUDICE** with each party to bear its own costs and fees.

This the 8th day of November, 2017.

Gregory F. Van Tatenhove
United States District Judge